```
          IN THE UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                   FAYETTEVILLE DIVISION
```

EDWARD CHARLES SNYDER                                    PLAINTIFF

        v.              Civil No. 10-5080

CORPORAL MUGGY; CORPORAL
MULVANEY; JAIL ADMINISTRATOR
RANDALL DENZER; and WASHINGTON
COUNTY SHERIFF TIM HELDER                                DEFENDANTS

### ORDER

Now on this 27th day of October, 2010, comes on for consideration the **Report And Recommendation Of The Magistrate Judge** (document #13), to which there are no objections, and the Court, being well and sufficiently advised, finds that the Report And Recommendation is sound in all respects, and should be adopted in its entirety.

**IT IS THEREFORE ORDERED** that the **Report And Recommendation Of The Magistrate Judge** (document #13) is **adopted in its entirety**.

**IT IS FURTHER ORDERED** that the plaintiff's complaint is dismissed based on plaintiff's failure to prosecute this case and his failure to keep the court informed of his current address.

**IT IS SO ORDERED.**

                                  /s/ Jimm Larry Hendren
                                JIMM LARRY HENDREN
                                UNITED STATES DISTRICT JUDGE